JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAGEN GALSTANYAN and ARMANOUCH TER-GALSTANYAN,<br><br>   Plaintiffs,<br><br>   vs.<br><br>CHASE BANK and CHASE HOME EQUITY LINE OF CREDIT,<br><br>   Defendants. | Case No.: CV 10-758 DSF (RCx)<br><br>JUDGMENT |

The Court having determined that it lacks subject matter jurisdiction over this action,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 2/9/10

_____
Dale S. Fischer
United States District Judge